UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MINETTE BLAKE, Individually and as
Next Friend of LEIGHTON CLARKE, JR.,
a Minor; and as Next Friend of LACY
CLARKE, a Minor; ORETHIA BLAKE,
Individually; LEIGHTON CLARKE,
Individually; JANICE DEPOY, Individually
and as Next Friend of ALLESHA
COOPER, a Minor, and TAMLA GRAY, Individually,

    Plaintiffs,

vs.

Case No.: 19-cv-00071

Honorable Janet T. Neff

WAL-MART STORE, INC. and
WAL-MART STORES EAST,
LIMITED PARTNERSHIP,
Jointly and Severally,

    Defendants.
_____/

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

This matter having come before the court upon the stipulation of the parties, through counsel, and the Court being otherwise further advised in the premises;

All claims in the above-captioned matter are hereby dismissed without prejudice and without costs, interest and/or attorney fees to any party, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii).

| | |
|---|---|
| */s/ Donald H. Dawson, Jr.* | */s/ Carolyn M. Jereck* |
| Donald H. Dawson, Jr. (P29692) | Carolyn M. Jereck (P41748) |
| FIEGER, FIEGER, KENNY & HARRINGTON, P.C. | PLUNKETT COONEY |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| 19390 West Ten Mile Road | 333 Bridge Street NW, Suite 530 |
| Southfield, MI 48075 | Grand Rapids, MI 49504 |
| (248) 355-5555 | (248) 594-6363/(616) 752-4607 (fax) |
| d.dawson@fiegerlaw.com | cjereck@plunkettcooney.com |